# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | | |
|---|---|---|
| **WILLIAM B. DENTON,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:22CV00039 |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| **MARTIN J. O'MALLEY, COMMISIONER OF SOCIAL SECURITY,** | ) ) ) ) | JUDGE JAMES P. JONES |
| Defendant. | ) | |

Summary judgment having been granted, it is **ORDERED AND ADJUDGED** that the final decision of the Commissioner of Social Security denying benefits is AFFIRMED.

The Clerk shall close the case.

ENTER: March 25, 2024

/s/  JAMES P. JONES
Senior United States District Judge